**No. 10-8311. Tavaris Sistrunk, Petitioner v. United States.**

562 U.S. 1242, 131 S. Ct. 1529, 179 L. Ed. 2d 345, 2011 U.S. LEXIS 1539.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 622 F.3d 1328.